KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADAM ALFIA, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:21-cv-08689-HSG<br><br>**STIPULATION AND ORDER**<br><br>Ctrm.:   2, 4th Floor<br>Judge:   Haywood S. Gilliam, Jr.<br><br>Date Filed: November 8, 2021<br><br>Trial Date:  Not set |

**STIPULATION**

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff Adam Alfia and Defendant Coinbase Global, Inc. ("Coinbase Global"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 8, 2021, Plaintiff filed a Complaint against Coinbase Global in this matter, Dkt. 1;

WHEREAS, on November 16, 2021, Plaintiff served a copy of the summons and Complaint on Coinbase Global, such that Coinbase Global's deadline to answer or otherwise respond to the Complaint would otherwise be December 7, 2021;

WHEREAS, the parties have met and conferred, and Coinbase Global has explained that it intends to file both (1) a motion to compel arbitration and (2) if necessary, a motion to dismiss the Complaint;

WHEREAS, to conserve the parties' and the Court's resources, the parties have agreed to phase briefing for the aforementioned motions; and

WHEREAS, the parties have further agreed to a briefing schedule that takes into account the upcoming holidays and counsel's pre-existing commitments;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

Coinbase shall have until January 21, 2022 to file a Motion to Compel Arbitration ("MTC") without waiving its defenses and while preserving its right to file a separate motion under Federal Rule of Civil Procedure ("Rule") 12 (or otherwise respond to the Complaint) at a later date.

IT IS SO STIPULATED.

//

//

//

//

| | | |
|---|---|---|
| Dated: December 2, 2021 | | KEKER, VAN NEST & PETERS LLP |
| | By: | */s/ Erin E. Meyer* <br> ERIN E. MEYER |
| | | Attorneys for Defendant <br> COINBASE GLOBAL, INC. |
| Dated: December 2, 2021 | | McCATHERN LLP |
| | By: | */s/ Evan Selik* <br> EVAN SELIK <br> CHRISTINE ZAOUK |
| | | Attorneys for Plaintiff <br> ADAM ALFIA |

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that each signatory above has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated: December 1, 2021         */s/ Erin E. Meyer*
                                                          Erin E. Meyer

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- Coinbase may first file a Motion to Compel Arbitration ("MTC") without waiving its defenses and while preserving its right to file a separate motion under Federal Rule of Civil Procedure 12 (or otherwise respond to the Complaint) at a later date.
- Coinbase shall have until January 21, 2022 to file its MTC.

IT IS SO ORDERED.

DATED: 12/3/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
JUDGE OF THE DISTRICT COURT