# EXHIBIT 1

# coinbase

- Search
- Overview
- Exchange
- Users
- Transfers
- Merchant Orders
- **Events**
- Devices
- Referrals
- API Applications
- Compliance
- Authorization Reports
- Fraud
- Payment Methods
- Identity Verifications
- Payments
- Sidekiq
- Unconfirmed Tx
- Localizations
- Email Accounts
- Buy Widgets
- Alerts
- Fee Exceptions
- Marketing Invites
- Split Tests
- Staking Pool Transfers
- Fees
- Kill Switch
- Sign Out

Events › 5a38a003301a9c040e8bda6c

Mark event as unauthorized 🔒

| | |
|---|---|
| User | Adam Alfia |
| Performing User | -- |
| Device | -- |
| User Agent | Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 |
| IP Address | 65.98.181.242 |
| Location | Country Code: US<br>Country Name: United States<br>City: Dallas<br>Postal Code:<br>Latitude: 32.9689<br>Longitude: -96.7991<br>Google Maps: Open in Maps |
| Source | web |
| Application | |
| Action | accepted_user_agreement |
| Created | 2017-12-18 9:13 PM PST |

| Device Info | | |
|---|---|---|
| | _id | 5a38a003301a9c040e8bda6e |
| | browser_threads | 8 |
| | timezone_offset_winter | 360 |
| | timezone_offset_summer | 300 |
| | timezone_string | Wed Dec 31 1969 18:00:00 GMT-0600 (Central Standard Time) |
| | timezone_locale | 12/31/1969, 6:00:00 PM |
| | screen_width | 2,048 |
| | screen_height | 1,152 |
| | screen_available_width | 2,048 |
| | screen_available_height | 1,114 |
| | screen_retina | -1 |
| | screen_depth | 24 |
| | screen_chrome_width | 0 |
| | screen_chrome_height | 91 |
| | plugins | - 9cea303ba0c125f44251aaa5b51f6f09<br>- f1dd45e1a64843ad5eb6380a4442271c<br>- 93c0894315e92c6b4f9dbcc02e78237e<br>- d7a2fa41ad9f1204d2dd09aab4e50f89 |
| | components | |
| | fonts | - 0<br>- 0<br>- 0<br>- 0<br>- 0<br>- 0<br>- 2<br>- 0<br>- 0<br>- 12<br>- 16<br>- 2<br>- 0 |

|  | - 0<br>- 64<br>- 0<br>- 0<br>- 0<br>- 0<br>- 132<br>- 1<br>- 0<br>- 128<br>- 128<br>- 0 |
|---|---|
| header_user_agent | Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 |
| header_accept | text/html,application/xhtml+xml,application/xml;q=0.9,image/webp,image/apng,*/*;q=0.8 |
| header_accept_language | en-US,en;q=0.9 |
| header_accept_encoding | gzip |
| browser_user_agent | Mozilla/5.0 (Windows NT 6.1; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36 |
| browser_cpu | Win32 |
| browser_product_sub | 20030107 |
| browser_build |  |
| browser_language | en-US |

| Params | country | US |
|---|---|---|
|  | version | united_states |

