# EXHIBIT 2

# Create your account

- **Individual**
- Business

First Name

Last Name

Email

Choose A Password

Select your state     California

☐ I certify that I am 18 years of age or older, and I agree to the User Agreement and Privacy Policy.

**CREATE ACCOUNT**