# EXHIBIT 4

# coinbase

Hello,

Coinbase is committed to being the easiest and most trusted place to buy and sell crypto. As part of our growth, we are making some updates to our User Agreement. These updates will take effect for all users on January 31st, 2019 (the current User Agreement is available here).

For more information and a summary of the changes, please see here.

We also like to keep you up to date on how we collect, use, and protect your personal information by reminding you to check out our Privacy Policy every year. We encourage you to review it carefully.

To learn more about our products and policies, visit support.coinbase.com.

Kind regards,

The Coinbase Team

© Coinbase 2018
Coinbase, Inc. | 548 Market Street #23008 | San Francisco, CA 94104 | United States | (888) 908-7930
Manage your preferences

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.