# EXHIBIT 6

| Adam Alfia | Buy | instant | 2021-07-18 5:30 PM PDT | completed | 50,000.00 USD | 25.82657221 ETH | No | crossriver | 0.4869 | False | True | 3 Payments | Fix payments |

| Transfer | Type | Payment Method | Backing Bank | Amount | Payments Sum | Status | Created | Code | Tx |
|---|---|---|---|---|---|---|---|---|---|
| Buy | CryptoCredit | ETH Wallet | crossriver | -25.82657221 ETH | $-50,000.00 | Completed | 2021-07-18 05:30PM | ANZ5HBSB5CDQQX8H | tx |
| Buy | NewAchDebit | Bank of America - BofA... ********0920 | crossriver | 50,000.00 USD | $50,000.00 | Reversed | 2021-07-18 05:30PM | FHLC6HB9 | |
| Buy | CryptoDebit | ETH Wallet | crossriver | 23.07332009 ETH | $50,000.00 | Completed | 2021-07-25 02:39PM | XERTRNLL | tx |
| | | | | | $0.00 USD | | | | |