KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
JACQUIE P. ANDREANO - # 338354
jandreano@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
COINBASE GLOBAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADAM ALFIA, individually and on behalf of other persons similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>COINBASE GLOBAL, INC.; and DOES 1 through 50,<br><br>             Defendants. | Case No. 4:21-cv-08689-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COINBASE GLOBAL, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY**<br><br>Date:        April 28, 2022<br>Time:       2:00 p.m.<br>Dept.:      Courtroom 2, 4th Floor<br>Judge:     Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: November 8, 2021<br><br>Trial Date:  None Set |

1  Upon consideration of Defendant Coinbase Global, Inc.'s Motion to Compel Individual
2  Arbitration and to Stay, and finding that good cause exists therefor, this Court hereby GRANTS
3  Coinbase's Motion, ORDERS Plaintiff Adam Alfia to arbitrate his claims on an individual basis,
4  and STAYS this action pending completion of the arbitration.
5  IT IS SO ORDERED.

7  DATED: _____, 2022       _____
                                     HON. HAYWARD S. GILLIAM, JR.
8                                    United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT COINBASE GLOBAL, INC.'S MOTION TO COMPEL
ARBITRATION AND TO STAY
Case No. 4:21-cv-08689-HSG

1814566