1    KEKER, VAN NEST & PETERS LLP
     STEVEN P. RAGLAND - # 221076
2    sragland@keker.com
     ERIN E. MEYER - # 274244
3    emeyer@keker.com
     JACQUIE P. ANDREANO - # 338354
4    jandreano@keker.com
     633 Battery Street
5    San Francisco, CA 94111-1809
     Telephone:    415 391 5400
6    Facsimile:    415 397 7188

7    Attorneys for Defendant
     COINBASE GLOBAL, INC.

8
                      UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12   ADAM ALFIA, individually and on behalf of        Case No. 4:21-cv-08689-HSG
     other persons similarly situated,
                                                       **STIPULATION AND ORDER RE:**
13              Plaintiff,                              **CASE MANAGEMENT**
                                                       **CONFERENCE**
14        v.
                                                       Dept.:      Courtroom 2, 4th Floor
15   COINBASE GLOBAL, INC.; and DOES 1                 Judge:      Hon. Haywood S. Gilliam, Jr.
     through 50,
16                                                     Date Filed: November 8, 2021
                Defendants.
17                                                     Trial Date:  None Set

18

19

20

21

22

23

24

25

26

27

28

1816234

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Adam Alfia and Defendant Coinbase Global, Inc. ("Coinbase"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on December 2, 2021, this Court set an initial Case Management Conference ("CMC") for February 15, 2022, at 2:00 p.m. (Dkt. No. 11);

WHEREAS, on December 3, 2021, pursuant to the parties' stipulation, the Court set a briefing schedule for Coinbase's Motion to Compel Arbitration ("MTC") and ordered that Coinbase could first file its MTC without waiving its defenses and while preserving its right to file a separate motion under Federal Rule of Civil Procedure 12 or otherwise respond to the Complaint at a later date (Dkt. No. 14);

WHEREAS, Coinbase has noticed its MTC for hearing on April 28, 2022;

WHEREAS, the parties have met and conferred and agree that, if Coinbase prevails on its MTC there will be no need to engage in discovery or in the meet-and-confer process contemplated by Rule 26;

WHEREAS, in the interests of preserving both Court and party resources, the parties further agree that it would be more efficient to stay discovery and continue the initial CMC until after the Court has ruled on the MTC;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1.      Discovery in this case shall be stayed pending resolution of the MTC.

2.      With the Court's approval, the initial CMC—currently scheduled for February 15, 2022—shall be continued until after the Court has ruled on the MTC.

3.      If necessary, after the Court has ruled on the MTC, the parties shall meet and confer regarding a date for an initial Case Management Conference and promptly notify the Court.

IT IS SO STIPULATED.

//

//

//

1816234

1

Dated:  January 24, 2022                               MCCATHERN LLP

2

3                                              By:    /s/ Evan Matthew Selik
                                                      EVAN MATTHEW SELIK

4                                                     Attorney for Plaintiff ADAM ALFIA

5

6       Dated:  January 24, 2022                       KEKER, VAN NEST & PETERS LLP

7

8                                              By:    /s/ Steven P. Ragland
                                                      STEVEN P. RAGLAND

9                                                     ERIN E. MEYER
                                                      JACQUIE P. ANDREANO

10                                                    Attorneys for Defendant
                                                      COINBASE GLOBAL, INC.

11

12

13                                     **ATTESTATION**

14            Pursuant to Local Rule 5-1(i)(3), I attest that each signatory above has concurred in the

15      filing of this document and has authorized the use of his or her electronic signature.

16

17      Dated:  January 24, 2022                       /s/ Steven P. Ragland
                                                       Steven P. Ragland

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: CASE MANAGEMENT CONFERENCE
Case No. 4:21-cv-08689-HSG

1816234

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- Discovery in this case is stayed pending resolution of Defendant Coinbase Global, Inc.'s motion to compel arbitration.

- The initial CMC—currently scheduled for February 15, 2022—is hereby vacated.

- If necessary, after the Court has ruled on the MTC, the parties shall meet and confer regarding a date for an initial Case Management Conference and promptly notify the Court.

DATED:  1/24/2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER RE: CASE MANAGEMENT CONFERENCE
Case No. 4:21-cv-08689-HSG

1816234